

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-61,317-05

**EX PARTE CHARLES RAY ADAMS, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 9034165-D IN THE 403RD DISTRICT COURT
### FROM TRAVIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to aggravated sexual assault of a child, and was sentenced to twenty years' imprisonment. The Third Court of Appeals dismissed his appeal for want of jurisdiction. *Adams v. State*, No. 03-05-00092-CR (Tex. App. — Austin, March 3, 2005)(not designated for publication).

In the instant application, Applicant alleges that he is entitled to release under a contract theory, that he received ineffective assistance of trial counsel, that his plea was not knowingly and

voluntarily entered, and that he was improperly denied release on parole. This Court has reviewed Applicant's first, second and third grounds for relief and has determined that they are barred from review under Article 11.07, Section 4 of the Texas Code of Criminal Procedure. Therefore, those claims are dismissed. Applicant's remaining claim concerning the denial of parole release is without merit; thus, it is denied.

Filed: May 20, 2015
Do not publish